IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL WICHELMAN,

    Plaintiff,　　　　　　　　　　　No. CIV S-11-0915 JAM EFB PS

    vs.

COUNTY OF SACRAMENTO;
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT; SACRAMENTO
COUNTY DISTRICT ATTORNEY'S
OFFICE; STARR McKERSIE; STACY
WAGGONER; JOHN OTTER,

    Defendants.　　　　　　　　　　　<u>ORDER</u>
_____/

    This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On May 5, 2011, the undersigned granted plaintiff's request for leave to proceed *in forma pauperis*, directed the Clerk of the Court to issue process and provide plaintiff with the necessary documents for service, and directed plaintiff to supply the United States Marshal within fourteen days all information and documents needed to effect service of process. Dckt. No. 4.

    On May 27, 2011, plaintiff filed a request for a fourteen day extension of time to provide the service documents to the United States Marshal. Dckt. No. 7. Plaintiff contends that he did not receive this court's May 5, 2011 order until May 22, 2011. *Id.* at 3. Accordingly, plaintiff's

request will be granted and plaintiff will be given an extension of time to provide the necessary service documents to the United States Marshal.

Plaintiff also requests that the court provide plaintiff with copies of the documents that plaintiff needs to send to the United States Marshal. However, "the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress . . . ." *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting *United States v. MacCollom*, 426 U.S. 317, 321 (1976)). The *in forma pauperis* statute does not authorize the expenditure of public funds for investigators, witnesses, or copies of court documents. *See* 28 U.S.C. § 1915; *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990) (noting that the *in forma pauperis* statute "does not give the litigant a right to have documents copied and returned to him at government expense"). Therefore, plaintiff's request will be denied.

Accordingly, IT IS ORDERED that:

1. Plaintiff's request for an extension of time to provide service documents to the United States Marshal, Dckt. No. 7, is granted.

2. As provided in the May 5, 2011 order, plaintiff shall supply the United States Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall, within 14 days thereafter, file a statement with the court that said documents have been submitted to the United States Marshal.

3. Plaintiff's request for copies of his service documents, Dckt. No. 7, is denied.

DATED: June 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE