IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL WICHELMAN,

    Plaintiff,                                No. CIV S-11-0915 JAM EFB PS

vs.

COUNTY OF SACRAMENTO;
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT; SACRAMENTO
COUNTY DISTRICT ATTORNEY'S
OFFICE; STARR McKERSIE; STACY
WAGGONER; JOHN OTTER,

    Defendants.                         ORDER TO SHOW CAUSE
_____/

      This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On May 5, 2011, the undersigned granted plaintiff's request for leave to proceed *in forma pauperis*, directed the Clerk of the Court to issue process and provide plaintiff with the necessary documents for service, and directed plaintiff to supply the United States Marshal with all information and documents needed to effect service of process. Dckt. No. 4. Also on May 5, 2011, the court issued an order which, among other things, set a status (pretrial scheduling) conference for September 14, 2011, directed plaintiff to serve a copy of the order concurrently with service of process, and directed the parties to file status reports within fourteen days of the September 14, 2011 conference, or in this instance, by August 31, 2011. Dckt. No. 6.

1

The docket reveals that all defendants except John Otter have been served and have now appeared in this action. Dckt. Nos. 12-15. However, none of the parties have filed a status report, as required by the May 5, 2011 order. Therefore, the undersigned will continue the status (pretrial scheduling) conference and will order the parties to show cause why they should not be sanctioned for failing to file a status report as ordered. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference currently set for September 14, 2011, is CONTINUED to November 2, 2011, at 10:00 a.m., in Courtroom No. 24.

2. The parties shall show cause, in writing, on or before October 19, 2011, why sanctions should not be imposed for failure to file a status report in compliance with the court's May 5, 2011 order.

3. Also by October 19, 2011, the parties shall file a status report setting forth the matters referenced in the court's May 5, 2011 order.

4. Failure of the parties to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with this court's orders and Local Rules. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

DATED: September 6, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2